in denying the application was improperly exercised. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

BEN SILVERMAN, Respondent, v. THE BONNIE-B COMPANY, INC., and CONDE, LTD., INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

Petition of STATE DEPARTMENT OF PUBLIC WORKS, DIVISION OF HIGHWAYS, under Section 91, Railroad Law, ▌ for an Order Determining that a Change Shall Be Made in the Existing Structure (Highway Bridge) Carrying Delafield Street (County Highway No. 1762) over the Railroad (Formerly Central New England Railway) of the New York, New Haven and Hartford Railroad Company in the Town of Poughkeepsie, Dutchess County. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant; STATE DEPARTMENT OF PUBLIC WORKS, DIVISION OF HIGHWAYS, Respondent.— Determination of Public Service Commission dated November 1, 1928, unanimously affirmed, with costs. Appeal from determination dated February 9, 1928, dismissed. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

JOSEPH STEINHARDT, Respondent, v. MAX PINNER, Appellant, and THE MOUNT CARMEL CEMETERY ASSOCIATION, Defendant.— The decision of this court handed down on March 14, 1930, ▌ is hereby amended to read as follows: Judgment reversed upon the law, with costs, and complaint dismissed, with costs, and without prejudice, upon the ground that plaintiff failed to prove facts sufficient to constitute the cause of action alleged in the complaint. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote to affirm, being of opinion that respondent was entitled to judgment for a lien to the extent of the amount of money paid by respondent to the cemetery association at the instance of appellant. Settle order on notice.

ANNIE B. TUTTLE, Respondent, v. CLEM B. MEARS and Others, Appellants.— Order as resettled, granting in part plaintiff's motion for examination of defendants before trial, directing the production of books and records as an adjunct to the oral examination, and denying motion for discovery and inspection affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Dates and place of examination of the several defendants to be fixed in order. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur. Settle order on notice.

FRED P. MEYER, Respondent, v. CARTORA REALTY CORPORATION and Others, Appellants. (Appeal No. 1.) — Application denied, with ten dollars costs.

FRED P. MEYER, Respondent, v. CARTORA REALTY CORPORATION and Others, Appellants.—Application denied, with ten dollars costs.

CHARLES J. SCHWARZ, Respondent, v. J. LEONARD CLARK and BERTHA L. CLARK, Appellants.—Application denied, with ten dollars costs.

JOHN M. STEWART, Respondent, v. CALVIN R. JOHNSON, Appellant.—Application granted.

In the Matter of the Application of BECKIE ROGOVIN for Payment of an Award in the Proceeding for Acquiring Title by THE CITY OF NEW YORK to Premises